IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>(1) ACTION, INC., an Arkansas Corporation,<br>　　　　　　　　Defendant. | CIVIL ACTION NO.<br><br><br><br><br>JURY TRIAL DEMAND |

## COMPLAINT

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Charging Parties, Lance Whisennand and James Owings. The Equal Employment Opportunity Commission alleges that the Defendant, Action, Inc. (hereinafter "Defendant" or "Action") violated Title VII when it subjected Lance Whisennand and James Owings to discrimination because of their sex, male, by subjecting them to a sexually hostile work environment, subjecting Owings to retaliation by terminating his employment and the constructive discharge of Whisennand.

## JURISDICTION AND VENUE

1.　　Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f) (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. § 2000e-5 (f)(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

1

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Oklahoma.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission ("the Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Action, Inc. (hereinafter "Defendant" or "Action") has continuously been and is now doing business in the State of Oklahoma and has continuously employed at least fifteen employees. Defendant operates Action, Inc.,. in locations within the State of Oklahoma and other states and specifically one construction site located in the Enid, Oklahoma where the Charging Parties were employed.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C.§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, the Charging Parties, Lance Whisennand and James Owings, filed charges of discrimination with the Commission alleging violations of Title VII by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least early 2003, the Defendant has engaged in conduct in violation of Sections 703(a)(1) and 704(a) of Title VII, 42 U.S.C. § 2000e-2(a)(1) at its Oklahoma City facility.

Specifically, the Defendant discriminated against Lance Whisennand and James Owings based upon sex (male) by subjecting them to a sexually hostile work environment. The Charging Parties were employed by Defendant at a construction site in Enid, Oklahoma. Throughout their employment with the Defendant, a male supervisor subjected Whisennand and Owings to sexual harassment, including but not limited to suggestive, lewd and offensive comments as well as unwelcome touching. The Defendant failed to have in place, and/or communicate to employees, a policy prohibiting such discriminatory treatment. Further, Defendant failed to take prompt, effective, remedial action to correct the conduct complained about by Whisennand and Owings. As a result of the sexually hostile environment, Whisennand was constructively discharged. The Defendant terminated Owings in retaliation for his opposition to unlawful employment practices under Title VII.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Lance Whisennand and James Owings of equal employment opportunities because of their sex.

9. The unlawful employment practices complained of in paragraph 7 were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were committed with malice or with reckless indifference to the federally protected rights of Lance Whisennand and James Owings.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Action, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex.

B.     Order the Defendant to institute and carry out policies, practices and programs that provide equal employment opportunities for Lance Whisennand and James Owings and other employees and which eradicate the effects of the Defendant's past unlawful employment practices.

C.     Order the Defendant to make whole Lance Whisennand and James Owings, by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, pecuniary damages, out-of-pocket losses and other affirmative relief necessary to eradicate the effects of the Defendant's unlawful employment practices, including but not limited to rightful place reinstatement of Lance Whisennand and James Owings or front pay in lieu of reinstatement.

D.     Order the Defendant to make whole Lance Whisennand and James Owings by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 7 and 10, above, including but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

E.     Order the Defendant to make whole Lance Whisennand and James Owings by providing compensation for past and future pecuniary losses resulting from the unlawful practices complained of in paragraphs 7 and 10, above, in amounts to be determined at trial.

F.     Order the Defendant to pay Lance Whisennand and James Owings punitive damages for its malicious conduct or reckless indifference described in paragraphs 7 and 10 above, in an amount to be determined at trial.

G.     Grant such further relief as the Court deems necessary and proper in the public interest.

H.     Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

ERIC S. DREIBAND
General Counsel

ROBERT CANINO, OBA No. 11782
Regional Attorney

SUZANNE ANDERSON
Texas Bar No. 14009470
Supervisory Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Dallas District Office
207 S. Houston Street, 3rd Floor
Dallas Texas 75202

s/Michelle M. Robertson
MICHELLE M. ROBERTSON, OBA 14084
Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Oklahoma City Area Office
210 Park Avenue, Suite 1350
Oklahoma City, Oklahoma 73102
Tel No. (405) 231-4363
Fax No. (405) 231-4140

**JURY TRIAL DEMANDED**